```
1   CRAIG A. EDMONSTON, ESQ. [SBN 128694]
    LAW OFFICES OF CRAIG A. EDMONSTON
2   2204 Truxtun Avenue
    Bakersfield, CA 93301
3   Phone (661) 324-1110
    Fax (661) 324-1571
4

5   Attorneys for Plaintiff and Cross-Defendants,
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JENEA CHANCE<br>　　　　　Plaintiff,<br>v.<br>PROTECTIVE LIFE INSURANCE COMPANY, and DOES 1 through 10, Inclusive,<br>　　　　　Defendants. | Case No.: 0:15 CV-01588   KJM - MJS<br><br>APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM; |

AND ALL RELATED CROSS ACTIONS

Petitioner LESLIE JENEA CHANCE, alleges:

1. Petitioner is a resident of the City of Bakersfield, County of Kern, and is the natural mother of the cross-defendant minor S.C., age 15, Date of Birth July 12, 2000.

2. Said minor through petitioner has entered into a settlement with defendant Protective Life Insurance Company.

3. Petitioner does not have any interest in the Protective Life Insurance policy proceeds and has waived, transferred and assigned her rights to her daughters Jessica Bullman, age 26 and minors S.C. and S.C..

---

1

APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

4. Petitioner is a competent and responsible person, qualified to act as a Guardian ad Litem of said minor in said action. No previous application for an appointment of Guardian ad Litem in this action has been made.

WHEREFORE, Petitioner prays that she be appointed Guardian ad Litem for said minor in connection with the filing and hearing of the Petition to Compromise said minors claims.

Dated: February 5th, 2016

_____
LESLIE J. CHANCE

LAW OFFICES OF CRAIG A. EDMONSTON

By_____
CRAIG A. EDMONSTON
Attorney for Petitioner

### VERIFICATION

I am the petitioner in the above entitled action; and I have read the foregoing petition, and know the contents thereof; and I certify that the same is true of my own knowledge, except as to the matters which are therein stated upon my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of February, 2016, at Bakersfield, California.

_____
LESLIE J. CHANCE

### ORDER

LESLIE J. CHANCE, is hereby appointed Guardian ad Litem of **S.C.**, the minor cross-defendant herein.

Dated: February ___, 2016        By: _____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

---

2
APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM