UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. CHANCE,<br><br>                    Plaintiff,<br><br>          v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY et al.,<br><br>                    Defendants. | No. 1:15-cv-01588-DAD-MJS<br><br>ORDER DENYING JOINT STIPULATION TO WAIVE HEARING FOR MINORS' COMPROMISE<br><br>(Doc. No. 29) |

Before the court is the parties' joint stipulation to waive hearing on plaintiff and cross-defendants' petition for minors' compromise. (Doc. Nos. 27, 29)  Having considered the petition for minors' compromise and the parties' stipulation, the court concludes that a hearing is appropriate and necessary.  Accordingly, the court will DENY the parties' joint stipulation (Doc. No. 29), and the hearing set for March 15, 2016 shall remain unchanged.[1]

Furthermore, the court expects the parties to comply with Local Rule 202(d), which governs attendance at hearings related to settlement:

/////

---

[1] In light of defendant's position that it will not oppose the petition for minor's compromise (*see* Doc. No. 29), the court is willing to advance the hearing.  If they wish the matter to be heard sooner, the parties are directed to consult with Reneé Gaumnitz, Courtroom Deputy, at (559) 499-5652, for available dates and times prior to March 15, 2016.

1

**Attendance at Hearing.** Upon the hearing of the application, *the representative compromising the claim on behalf of the minor or incompetent*, *and the minor or incompetent* shall be in attendance unless, for good cause shown, the Court excuses their personal attendance. The Court may require the testimony of any appropriate expert, as well as the submission of other evidence relating to the application.

The court finds that, to date, no good cause has been shown in the parties' related filings which would justify the excusing of the personal appearances of the required individuals.

IT IS SO ORDERED.

Dated:   **February 28, 2016**                              /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE