UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. CHANCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PROTECTIVE LIFE INSURANCE COMPANY; CHASE INSURANCE LIFE AND ANNUITY COMPANY; and DOES 1–10,<br><br>　　　　　　Defendants.<br><br>PROTECTIVE LIFE INSURANCE COMPANY,<br><br>　　　　　　Cross-Complainant,<br><br>　　v.<br><br>LESLIE J. CHANCE, an individual; JESSICA BULLMAN, an individual; S.C. and S.C., minors<br><br>　　　　　　Cross-Defendants. | No. 1:15-cv-01588-DAD-MJS<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 40) |

On March 31, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 40.) The parties further stipulated to the following terms:

1

1. Protective Life Insurance Company is discharged from any and all liability on or arising under Policy Number FK3505028 ("the Policy") insuring the life of Todd Chance;
2. The Policy is void and of no further force and effect; and
3. Plaintiff and cross-defendants are permanently enjoined from instituting or prosecuting any action(s) against Protective Life Insurance Company regarding the Policy.

(Doc. No. 40, at 2.)

In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby dismissed with prejudice, in accordance with the terms of the stipulation. The court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **April 4, 2016**

_____
UNITED STATES DISTRICT JUDGE